# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

U.S.A. vs. DONALD PERROTTI                                        Docket No. 3:02CR00097(CFD)

## Petition For Modification of Conditions or Term of Probation/Supervised Release with the Consent of the Offender

COMES NOW, Patrick D. Norton, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Donald Perrotti who was sentenced to 120 months incarceration, to be followed by 8 years supervised release for a violation of Possession with Intent to Distribute Cocaine, in violation 21 U.S.C. § 812, 841(a)(1) and 841(b)(1)(B); 18 U.S.C. § 2 by the Honorable Leonard B. Sand, sitting in the court in the Southern District of New York on October 1, 1993, and imposed the general terms and conditions theretofore adopted by the court and also imposed the special condition and terms as follows:

1) Defendant shall pay a fine in the amount of $2,500.

Donald Perrotti began supervision on November 21, 2000 and on April 2, 2002, jurisdiction was transferred to Connecticut from the Southern District of New York.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

On January 4, 2005, the defendant rendered a positive urine sample detecting the presence of cocaine, opiates, and codeine. Additionally, on January 18, 2005, the defendant reported to the Probation Office and readily admitted being addicted to Oxycodone. The defendant reported being prescribed said medication approximately 8 months ago due to an ongoing back ailment. Subsequently, Mr. Perrotti graduated to using heroin on a regular basis throughout December 2004. Finally, Mr. Perrotti reported intermittently using cocaine and stated that the last time he had consumed all aforementioned illicit drugs was on January 17, 2005.

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve:

☐ To extend the term of probation/supervised release for years, for a total term of years.
■ To modify the conditions of supervision as follows:

The defendant shall participate in a program approved by the Probation Office for inpatient or outpatient substance abuse treatment and testing. The defendant shall pay all, or a portion of the costs associated with treatment, based on the defendant's ability to pay as determined by the probation officer.

Assistant Federal Public Defender Diedre Murray has been notified and concurs. A signed Waiver of Hearing to Modify Conditions is attached.

**ORDER OF COURT**                                        Respectfully Submitted,

Considered and ordered this 26th
day of Jan, 2005 and ordered filed and made a part         Patrick D. Norton
of the records in the above case                           United States Probation Officer

_____                            Place: Hartford, Connecticut
The Honorable Christopher F. Droney
United States District Judge                               Date:

PROB 49
(3/89)

# United States District Court
### District of Connecticut



### Waiver of Hearing to Modify Conditions of Supervised Release or Extend Term of Supervision

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

    1) The defendant shall participate in a program approved by the Probation Office for inpatient or outpatient substance abuse treatment and testing. The defendant shall pay all, or a potion of the costs associated with treatment, based on the defendant's ability to pay as determined by the probation officer.

Witness: _____    Signed: _____
Patrick D. Norton                                   Donald Perrotti
U.S. Probation Officer                           Supervised Releasee

_____
Date: 1-18-05