# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

U.S.A. vs. DONALD PERROTTI                                    Docket No. 3:00CR00097(CFD)

## Petition On Probation And Supervised Release

**COMES NOW,** Patrick D. Norton, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Donald Perrotti who was sentenced to 120 months incarceration, to be followed by 8 years supervised release for a violation of Possession With Intent to Distribute Cocaine, in violation 21 U.S.C. §§ 812, 841(a)(1) and 841(b)(1)(B); 18 U.S.C. § 2 by the Honorable Leonard B. Sand, United States District Judge, sitting in the District Court in the Southern District of New York on October 1, 1993, and imposed the general terms and conditions theretofore adopted by the court and also imposed the special condition and terms as follows: 1) The defendant shall pay a fine of $2,500. Mr. Perrotti commenced supervision on November 21, 2000, and on April 2, 2002, jurisdiction was transferred to Connecticut from the Southern District of New York. Mr. Perrotti's tentative supervision termination date is scheduled for July 13, 2008.

On January 26, 2005, an unopposed motion to amend the defendant's special conditions of supervised release was granted by the Court to include the following:

> "The defendant shall participate in a program approved by the Probation Office for inpatient or outpatient substance abuse treatment and testing. The defendant shall pay all, or a portion of the costs associated with treatment, based on the defendant's ability to pay as determined by the probation officer."

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
The defendant is being cited for violating the following conditions of supervised release:

**Charge No 1 - Condition Violated Standard Condition: "You shall refrain from unlawful use of a controlled substance."** On January 4, 2005, the defendant rendered a positive drug screen for the usage of cocaine, opiates and codeine. While in substance abuse treatment, the defendant rendered three additional positive drug screens detecting the use of cocaine and methadone on March 28, 31, and April 4, 2005.

**Charge No 2 - Condition Violated Special Condition: "The defendant shall participate in a program approved by the Probation Officer for inpatient or outpatient substance abuse treatment and testing."** On April 11, 2005, the defendant was unsuccessfully discharged from Saint Raphael's Intensive Outpatient Chemical Dependance Program for failure to attend scheduled appointments and rendering three positive drug screens.

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve as a summons directing Donald Perrotti to appear before this court at Hartford, Connecticut, on June 1 2005, at 2:00 p.m. show cause why supervision should not be revoked.

**ORDER OF COURT**

Considered and ordered this 13th day of May, 2005, and ordered filed and made a part of the records in the above case.

_____
The Honorable Christopher F. Droney
United States District Judge

Respectfully Submitted

_____
Patrick D. Norton
United States Probation Officer

Place: Hartford, Connecticut
Date: 5-13-05

Before me, the Honorable Christopher F. Droney, United States District Judge, on this 5th day of May, 2005, at Hartford, Connecticut, U.S. Probation Officer Patrick D. Norton appeared and under oath stated that the facts set forth in this petition are true to the best of his knowledge and belief.

_____
The Honorable Christopher F. Droney
United States District Judge