UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA          :
                                  :
            v.                    :   CASE NO. 3:02cr97-CFD
Donald Perrotti                   :
            :

APPOINTMENT OF THE FEDERAL PUBLIC DEFENDER'S OFFICE
PURSUANT TO THE PROVISIONS OF
THE CRIMINAL JUSTICE ACT OF 1964

The defendant has sworn under oath or affirmed as to his financial inability to employ counsel and has expressed the desire that counsel be provided by the Court to represent him, pursuant to the provisions of the Criminal Justice Act of 1964 as amended.

The Office of the Federal Public Defender is appointed, nunc pro tunc, to represent the defendant and has been notified of this appointment. Counsel is directed to file an appearance forthwith.

It is so ordered.

Dated at Hartford, Connecticut this 5th day of January 2006.

Christopher F. Droney
United States Judge